**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 00-6684**

———

NATHANIEL M. COSTLEY,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; CARROLL COUNTY; THERESA
ADAMS; JERRY BARNES; LARRY SHIPLEY; HOSSEIN R.
PARVIZIAN, a/k/a Hoss,

Defendants - Appellees.

———

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-
00-458-DKC)

———

Submitted:  July 27, 2000          Decided:  August 7, 2000

———

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

Nathaniel M. Costley, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel M. Costley, a Maryland inmate, appeals from the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000) and denying his motion to reconsider.  We have reviewed the record and the district court's opinion and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  See Costley v. Maryland, No. CA-00-458-DKC (D. Md. Feb. 24, 2000 & Apr. 7, 2000).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on April 6, 2000, the district court's records show that it was entered on the docket sheet on April 7, 2000.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2